Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNIFER SLOCUM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARC TAYLOR; MARC TAYLOR, INC.,<br><br>　　　　　Defendants. | No.<br><br>**COMPLAINT** |

　　　Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(Fair Labor Standards Act)

　　　1.　　Plaintiff is a resident of Maricopa County, Arizona.

　　　2.　　Defendant Marc Taylor, Inc. (hereinafter referred to as "MT") is a corporation authorized to do business in Arizona.

　　　3.　　Jurisdiction is based upon 29 U.S.C. §216(b), the Fair Labor Standards Act (hereinafter referred to as "FLSA").

　　　4.　　Plaintiff worked for Defendant for approximately 1 3/4 years ending January 2018.

-1-

5.     Defendant Marc Taylor is a resident of Maricopa County, and is personally liable as an "employer" within the meaning of 29 U.S.C. §203, as he:

      a.     acted directly for and on behalf of Defendant MT;

      b.     had the power and exercised the power to hire and fire;

      c.     supervised workers and controlled the conditions of employment;

      d.     maintained employment records; and,

      e.     is the President, director and owner of Defendant MT.

6.     Plaintiff was not paid overtime, at the rate of one and one-half her hourly rate of pay (minimum wage) for all hours worked in excess of 40 each week.

7.     Plaintiff worked approximately 1700 hours of overtime (and possibly more) (over 40 hours in one week) during her employment for which she was not paid at the rate of time and one-half.

8.     Defendant's conduct was willful: Defendants knew or should have known Plaintiff was misclassified and not exempt under the FLSA; and, Defendants failed to make adequate inquiry into compliance with the FLSA.

9.     Plaintiff is not exempt from coverage under the FLSA and is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

10.    Plaintiff is entitled to liquidated damages: double the amount due pursuant to 29 U.S.C. §216(b).

11.    Plaintiff is entitled to attorneys' fees and costs pursuant to 29 U.S.C. §216(b).

12. Defendant also violated the record keeping requirements of the FLSA.

WHEREFORE Plaintiff requests judgment against Defendant for:

1. Damages for overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees, which are mandatory, and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

**SECOND CLAIM FOR RELIEF**
(Discharge in Retaliation of Making a FLSA Demand)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. Plaintiff demanded payment for overtime hours worked, but was not paid.

3. In retaliation Defendants terminated Plaintiff stating that she was not a good fit after giving her a raise and two bonuses during her employment.

4. Plaintiff has been damaged by Defendants' retaliatory termination of her.

5. Defendants' termination was in violation of the anti-retaliation provisions of the FLSA.

WHEREFORE Plaintiff requests:

1. Damages in an amount to be proven at trial, together with interest thereon for lost wages and benefits and future lost wages and benefits;

2. For reasonable attorneys fees and costs; and,

3. For such other relief as this Court deems appropriate.

DATED this 2nd day of February 2018.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

I hereby certify that on February 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Debbie A. Wallen
Debbie A. Wallen